**Opinion issued August 21, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00146-CV

————————————

**JERREST GREEN, Appellant**

**V.**

**VICTORIA GARDEN APARTMENTS, Appellee**

---

**On Appeal from the County Court at Law No. 4**
**Fort Bend County, Texas**
**Trial Court Case No. 25-CCV-076073**

---

## MEMORANDUM OPINION

Appellant, Jerrest Green, proceeding pro se, filed a notice of appeal from the trial court's February 26, 2025 final judgment. Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

On March 3, 2025, the official court reporter for the County Court at Law No. 4 of Fort Bend County, Texas notified the Court that no record was taken in the underlying cause, and the clerk's record was filed on March 28, 2025. Accordingly, appellant's brief was due on April 28, 2025. *See* TEX. R. APP. P. 38.6(a). Appellant failed to timely file a brief.

On May 13, 2025, the Clerk of this Court notified appellant that the time for filing a brief had expired and the appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c); 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.